# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>vs.<br>JESS FLORES,<br><br>　　　　　Defendant. | 2:13-cr-00238-GMN-VCF<br>**ORDER** |

Before the court is the Motion to Withdraw as Counsel (#59).

IT IS HEREBY ORDERED that a hearing on Motion to Withdraw as Counsel (#59) is scheduled for 1:00 p.m., February 26, 2016, in courtroom 3D.

Defendant must be present in person at the hearing.

DATED this 16th day of February, 2016.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE