DAVID R. FISCHER, ESQ.
Nevada Bar No. 10348
400 S. Fourth St. #500
Las Vegas, Nevada 89101
Telephone: (702) 547-3944
Facsimile: (702) 974-1458
Email: dfischer@fischerlawlv.com
*Attorney for Defendant Jess Flores*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> JESS FLORES, <br><br> Defendant. | Case No. 2:13-cr-00238-JAD-VCF-1 <br><br> **STIPULATION TO EXTEND SURRENDER DATE TO ALLOW FOR MEDICAL TREATMENT** |

    COMES NOW the Defendant, JESS FLORES, by and through his counsel of record, DAVID R. FISCHER, ESQ., and pursuant to stipulation by the parties as set forth below, hereby requests that this Honorable Court extend the Defendant's surrender date to allow for medical treatment. In support hereof, the Defendant gives the Court to understand as follows:

    1. On June 19, 2013, the United States filed an Indictment charging Mr. Flores with Conspiracy to Distribute a Controlled Substance- Methamphetamine (21 USC 846 and 841 (a)(1) and (b)(1)(B)(viii).

    2. On March 24, 2016, Mr. Flores entered a plea of guilty to Conspiracy to Distribute a Mixture of Substance Containing a Detectable Amount of Methamphetamine (21 USC 846 and 841(a) and (b)(1)(C). The United States in turn agreed to dismiss the original Indictment.

3. This matter came before the Court for sentencing on October 24, 2016. With respect to incarceration, the Court ordered Mr. Flores to serve 30 months incarceration in the U.S. Bureau of Prisons (BOP), followed by 3 years of supervised release.

4. The Court provided Mr. Flores with a self-surrender date of January 9, 2017.

5. On or about November 29, 2016, the Defendant was counseled by his doctor that he needs knee and shoulder replacement surgeries.

6. Records documenting the foregoing recommended surgeries have been provided to the Assistant United States Attorney.

7. Mr. Flores requires additional time to have those surgeries.

8. For the foregoing reasons, Mr. Flores is requesting a 60-day extension of his January 9, 2017 surrender date.

9. The Assistant United States Attorney stipulates to the extension.

WHEREFORE, the Defendant requests that this Honorable Court extend his surrender date of January 9, 2017 for a period of 60 days.

RESPECTFULLY SUBMITTED this 7th day of December, 2016

                                                                   __/s/ DAVID R FISCHER_____
                                                                   DAVID R. FISCHER, ESQ.
                                                                   *Attorney for Defendant Jess Flores*

STIPULATED AND AGREED TO:

__/s/ CRISTINA SILVA_____
CRISTINA SILVA, AUSA
Assistant United States Attorney

DAVID R. FISCHER, ESQ.
Nevada Bar No. 10348
400 S. Fourth St. #500
Las Vegas, Nevada 89101
Telephone: (702) 547-3944
Facsimile: (702) 974-1458
Email: dfischer@fischerlawlv.com
*Attorney for Defendant Jess Flores*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JESS FLORES,<br><br>Defendant. | Case No. 2:13-cr-00238-JAD-VCF-1<br><br>**ORDER TO EXTEND SURRENDER DATE TO ALLOW FOR MEDICAL TREATMENT** |

    THIS MATTER have come before the Court upon the Stipulation of the parties submitted by the Defendant, JESS FLORES, by and through his counsel of record, DAVID R. FISCHER, ESQ., and good cause appearing, the Court hereby finds as follows:

    1. On June 19, 2013, the United States filed an Indictment charging Mr. Flores with Conspiracy to Distribute a Controlled Substance- Methamphetamine (21 USC 846 and 841 (a)(1) and (b)(1)(B)(viii).

    2. On March 24, 2016, Mr. Flores entered a plea of guilty to Conspiracy to Distribute a Mixture of Substance Containing a Detectable Amount of Methamphetamine (21 USC 846 and 841(a) and (b)(1)(C). The United States in turn agreed to dismiss the original Indictment.

3. This matter came before the Court for sentencing on October 24, 2016. With respect to incarceration, the Court ordered Mr. Flores to serve 30 months incarceration in the U.S. Bureau of Prisons (BOP), followed by 3 years of supervised release.

4. The Court provided Mr. Flores with a self-surrender date of January 9, 2017.

5. On or about November 29, 2016, the Defendant was counseled by his doctor that he needs knee and shoulder replacement surgeries.

6. Records documenting the foregoing recommended surgeries have been provided to the Assistant United States Attorney.

7. Mr. Flores requires additional time to have those surgeries.

8. For the foregoing reasons, Mr. Flores is requesting a 60-day extension of his January 9, 2017 surrender date.

9. The Assistant United States Attorney stipulates to the extension.

THEREFORE, IT IS HEREBY ORDERED that the Defendant's request to extend his surrender date of January 9, 2017 for a period of 60 days is hereby GRANTED.

IT IS FURTHER ORDERED that the Defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

[ X] by 12:00 Noon on March 13, 2017.

[ ] as notified by the United States Marshal.

[ ] as notified by the Probation or Pretrial Services Office.

ORDERED this 7th day of December, 2016.

BY THE COURT

_____
U.S. DISTRICT JUDGE